**Opinion issued April 20, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00205-CV**

———————————

## IN RE KIMBERLY ANAIPAKOS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Kimberly Anaipakos filed a petition for writ of mandamus asking this Court to order Respondent to "vacate her March 17, 2023 order quashing the depositions of John Zavitsanos and Joseph Ahmad."[1]

---

[1] The underlying case is *In the Matter of the Marriage of Kimberly Anne Anaipakos and Demetrios Anaipakos, [] Minor Children*, Cause No. 2021-74403, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.